1  Jason A. Geller, SBN 168149
   Bailey K. Bifoss, SBN 278392
2  FISHER & PHILLIPS, LLP
   One Embarcadero Center, Suite 2050
3  San Francisco, CA  94111
   TEL: (415) 490-9000
4  FAX: (415) 490-9001

5  Attorneys for Defendants
   NRC ENVIRONMENTAL SERVICES, INC.;
6  NATIONAL RESPONSE CORPORATION;
   and JESSICA DRAKE

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  SCOTT NORGREN | Case No. |
| 12           Plaintiff, | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |
| 13       vs. | |
| 14  NRC ENVIRONMENTAL SERVICES, INC., a Washington corporation; NATIONAL RESPONSE CORPORATION, a Delaware corporation; JESSICA DRAKE, an individual; and DOES 1 through 50, | *[Removed from Alameda County Superior Court, Civil Case No.: RG17858836]* |
| 15 | |
| 16 | Complaint Filed: May 2, 2017 |
| 17           Defendants. | Trial Date: None Set |
| 18 | |

# DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-15

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- NRC Environmental Services is wholly owned by National Response Corporation;
- National Response Corporation is wholly owned by NRC U.S. Holding Company, LLC.
- NRC U.S. Holding Company, LLC is wholly owned by JFL-NRC Holdings, LLC.
- JFL-NRC Holdings, LLC is wholly owned by JFL-NRC Partners, LLC.
- JFL-NRC (JA) Holdings, LLC has a financial interest in JFL-NRC Partners, LLC.
- JFL-NRC (NJA) Holdings, LLC has a financial interest in JFL-NRC Partners, LLC.
- BNP Paribas has a financial interest in JFL-NRC Partners, LLC.
- S.C., T.R., N.C., M.R., S.S. Management has a financial interest in JFL-NRC Partners, LLC.
- JFL-NRC, Int. (JA) Holdings, LLC has a financial interest in JFL-NRC (JA) Holdings, LLC.
- JFL-NRC Int. (NJA) Holdings, LLC has a financial interest in JFL-NRC (NJA) Holdings, LLC.
- Paul Taveira is a director of Defendant NRC Environmental Services and Defendant National Response Corporation.
- Eric Daniels is a director of Defendant NRC Environmental Services and Defendant National Response Corporation.
- Michael Reese is a director of Defendant National Response Corporation.

1     •     C. Alexander Harman is a director of Defendant NRC Environmental Services and Defendant National Response Corporation.

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NRC Environmental Services discloses the following:

    •     Defendant NRC Environmental Services is a wholly owned subsidiary of National Response Corporation.  Accordingly, National Response Corporation has more than 10% ownership of NRC Environmental Services.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant National Response Corporation discloses the following:

    •     There is no publicly held corporation owning 10% or more of Defendant National Response Corporation's stock.

DATED: June 8, 2017                  FISHER & PHILLIPS LLP

By: /s/ *Bailey K. Bifoss*
    Jason A. Geller
    Bailey K. Bifoss
    Attorneys for Defendants
    NRC ENVIRONMENTAL SERVICES, INC.; NATIONAL RESPONSE CORPORATION; and JESSICA DRAKE