UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SCOTT NORGREN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>NRC ENVIRONMENTAL SERVICES, INC., a Washington corporation; NATIONAL RESPONSE CORPORATION, a Delaware corporation; JESSICA DRAKE, an individual, and DOES 1 through 50,<br><br>    Defendants. | Case No: C 17-03331 SBA<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT PLAINTIFF'S CLAIMS TO BINDING ARBITRATION AND STAY OF ACTION**<br><br>Dkt. 15 |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT:

1. The action shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement.

2. The action is STAYED pending completion of the arbitration proceedings, and is hereby administratively CLOSED.

3. Within 7 days of completion of the arbitration proceedings, the parties shall submit a joint status report advising the Court of the outcome of those proceedings. At that time, either party may move to reopen the action for the purpose of entering judgment.

4. In the event that the parties fail to file a timely status report following completion of the arbitration proceedings, the action, by this Order, shall be deemed dismissed in its entirety and permanently closed.

IT IS SO ORDERED.

Dated: 7/5/2017

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge